NUMBERS
13-02-360-CV
13-04-203-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________ ______________

TERRY W. BRANDT, M.D., ET AL.,                                   Appellants,

v.

KELLEY BROOKE SURBER, INDIVIDUALLY, ET AL.,              Appellees.
____________________________________________ _____________

On appeal from the 28th District Court of Nueces County, Texas.
______________________________________________ ___________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Castillo
Opinion Per Curiam

         Appellants, TERRY W. BRANDT, M.D., ET AL., perfected an appeal from a
judgment entered by the 28th District Court of Nueces County, Texas, in cause
number 99-2271-A. After the record and briefs were filed and after the cause was set
for submission and oral argument, appellant Terry W. Brandt, M.D. and appellees
Kelley Brooke Surber, et al. filed a joint motion to remand in aid of settlement. The
parties state that appellant’s estate has reached a settlement with appellees. The
parties request that part of the appeal be remanded to the trial court in aid of
settlement. The appeal as to appellant, Terry W. Brandt, M.D., and appellees, Kelley
Brooke Surber, Individually, et al., is severed from the original appeal and is docketed
under cause number 13-04-203-CV. 
         Having considered the joint motion to remand in aid of settlement and the
documents on file, this Court is of the opinion that the motion should be granted. The
joint motion to remand in aid of settlement as to appellant Terry W. Brandt, M.D. and
appellees Kelley Brooke Surber, et al. in cause number 13-04-203-CV is hereby
granted. The judgment of the trial court as to these parties is REVERSED, and the
cause is REMANDED to the trial court in aid of settlement. 
         The remaining issues in the appeal will remain docketed under cause number 13-02-360-CV.

                                                                        PER CURIAM

Opinion delivered and filed this
the 6th day of May, 2004.